## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALBERT J. ROBUS,               :
     **Plaintiff,**                   :
                                    :

    **v.**                               :         **CIVIL ACTION NO. 19-CV-0439**
                                    :

**DR. MICHAEL S. YOON,** *et al.,*     :
     **Defendants.**                 :

## ORDER

AND NOW, this ⁴ᵗʰ day of February, 2019, upon consideration of Plaintiff Albert J.

Robus' Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No.

2), it is **ORDERED** that:

    1.  Leave to proceed *in forma pauperis* is **GRANTED.**

    2.  The Complaint is **DEEMED** filed.

    3.  The Complaint is **DISMISSED** for the reasons discussed in the Court's

Memorandum. Robus' federal claims are **DISMISSED with prejudice.** Robus' state law

claims are **DISMISSED without prejudice** to Robus refiling those claims in state court. Robus

may not file an amended complaint in this case.

    4.  The Clerk of Court shall **CLOSE** this case.

                             **BY THE COURT:**

                                      _____
                                      JUAN R. SÁNCHEZ, C.J.